UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICKEY MANUEL,<br><br>                    Petitioner,<br><br>          v.<br><br>WESTERN STATE HOSPITAL et al.,<br><br>                    Respondent. | CASE NO. C13-5832 RJB-JRC<br><br>ORDER TO SHOW CAUSE |

The District Court has referred this petition for a writ of habeas corpus to United States

Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief

from involuntary confinement in a state mental hospital. Petitioner filed the petition pursuant to

28 U.S.C. § 2241.

The Court has not yet granted petitioner in forma pauperis status. The Court reviewed the

petition and found that petitioner has appealed his civil commitment to the King County Superior

Court and that his appeal is "pending." (ECF No. 1, proposed petition p. 3).

1    A petitioner filing pursuant to 28 U.S.C. § 2241 does not face the requirement to exhaust

2  state remedies before filing as an inmate pursuant to 28 U.S.C. § 2254. However, other courts

3  have held that a court should abstain from exercising jurisdiction if the issue could be addressed

4  in state proceedings. *Farrell v. Ramsey*, 28 Fed. Appx. 751, 754 (10th Cir, 2001).

5    Petitioner is ordered to show cause why he has not exhausted his state remedies prior to

6  filing this petition. The Court will consider whether to grant in forma pauperis status after

7  receiving petitioner's response. Petitoner's response will be due on or before October 25, 2013.

8    Dated this 30th day of September, 2013.

9

10

J. Richard Creatura
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2