UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICKEY MANUEL,<br><br>             Petitioner,<br><br>       v.<br><br>WESTERN STATE HOSPITAL.<br><br>             Respondent. | CASE NO. C13-5832 RJB-JRC<br><br>ORDER GRANTING MOTION TO SEAL A PORTION OF THE RECORD |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from involuntary mental health commitment. Thus, the petition is filed pursuant to 28 U.S.C. § 2241.

Petitioner asks the Court to seal this case because the file will contain medical records and other personal data (ECF No. 5). Petitioner also attached 265 pages of medical records to a declaration in an attempt to provide "additional background." (ECF No. 6).

1    This is not the first case where petitioner has asked the Court to seal the case or a portion

2 of the record.  Petitioner attempted to remove an involuntary commitment proceeding from King

3 County to the United States District Court for the Western District of Washington in Seattle.

4 *See, Harborview Medical Center v. Mickey Manuel* 2:13-0583MJP/ JPD.  In that case the Court

5 stated:

6    As stated in the local rules for our district, there is a strong presumption of
public access to the court's files. Where, as here, the sensitive information at issue
7    is only contained in a few documents, the Court does not deem it appropriate to
seal the entire case. As a result, the Court DENIES respondent's request that the
8    Court seal this case in its entirety, or alternatively, redact respondent's personal
data identifiers and medical records. The Court GRANTS plaintiff's [sic] request
9    to protect his sensitive information by sealing the exhibits to his notice of
removal.

10
*Harborview Medical Center v. Mickey Manuel* (2:13-0583MJP/ JPD (ECF No. 6)).
11
   This Court agrees with this reasoning. Accordingly, the motion to seal the entire record or
12
redact information is DENIED.  The Court grants the motion to seal ECF No. 6, which contains a
13
number of petitioner's mental health records. The Clerk's office is directed that ECF No. 6 will
14
remain sealed, but that other filings in this action are not sealed at this time.
15
   Dated this 5th day of November, 2013.
16

17

18                                                  _____
                                                    J. Richard Creatura
19                                                  United States Magistrate Judge