UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICKEY MANUEL,<br><br>                  Petitioner,<br><br>   v.<br><br>WESTERN STATE HOSPITAL,<br><br>                  Respondent. | CASE NO. 13-cv-05832 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation (Dkt. 9) of J. Richard Creatura, United States Magistrate Judge, objections, if any, and the relevant record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 9);

(2) The matter is **DISMISSED WITHOUT PREJUDICE**; and

(3) The Clerk is directed to send uncertified copies of this Order to United States Magistrate Judge J. Richard Creatura, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of December, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1